No. 437. McCABE *v.* BOSTON TERMINAL CO. November 13, 1939. Petition for writ of certiorari to the Supe-

rior Court in and for the County of Suffolk, Massachusetts, granted. *Mr. Henry Lawlor* for petitioner. *Mr. John L. Hall* for respondent.